## BOOTH *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 65, September Term, 1962.]

*Decided March 8, 1963.*

Before BRUNE, C. J., and HENDERSON, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the memorandum opinion filed by Judge Prendergast in the lower court, the application of Charles Edwin Booth for leave to appeal from the order dismissing his petition for post conviction relief from his imprisonment for armed robbery is hereby denied.

*Application denied.*